# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                      NO. 4:11CR00179-01 JLH

FRANK CROOK                                                                   DEFENDANT

## **ORDER**

Pending before the Court is the government's Petition for Revocation of Supervised Release. Document #3. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's petition to revoke is scheduled to begin on **THURSDAY, DECEMBER 15, 2011, at 10:30 a.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **FRANK CROOK** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Molly Sullivan is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 18th day of November, 2011.

                                                                          _____
                                                                          J. LEON HOLMES
                                                                          UNITED STATES DISTRICT JUDGE