

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 6 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA
v.

FRANK CROOK

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No.    4:11CR00179 JLH
USM No.    07555-010

Molly K. Sullivan
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)    General, 1, 7, Special    of the term of supervision.

☐   was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Violation of federal, state, or local law | August 13, 2011 |
| 1 | Leaving judicial district without permission of probation officer | August 13, 2011 |
| 7 | Refrain from excessive use of alcohol | December 5, 2011 |
| Special | Totally abstain from the use of alcohol | February 1, 2012 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:    4005

Defendant's Year of Birth:    1976

City and State of Defendant's Residence:
Little Rock, Arkansas

February 6, 2012
Date of Imposition of Judgment

Signature of Judge

J. LEON HOLMES, U.S. DISTRICT JUDGE
Name and Title of Judge

February 6, 2012
Date

DEFENDANT:       FRANK CROOK
CASE NUMBER:     4:11CR00179 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

## 20 MONTHS with no term of supervised release to follow

X  The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends placement in a BOP medical facility to address defendant's alcoholism and the physical effects of his alcoholism.**

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL